■ HARRY P. DAUBNEY et al., Respondents, v DANIEL J. BEN-NETT et al., Appellants. [21 NYS3d 658]—Appeal from an order of the Supreme Court, Niagara County (Mark A. Montour, J.), entered July 8, 2014. The order denied the motion of defendants for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Peradotto, Lindley, Valentino and DeJoseph, JJ.